### TATUM v. SEABOARD AIR-LINE RAILWAY.

EVANS, J. Where it does not appear either from an admission in the pleadings, or from the evidence submitted in behalf of the plaintiff on the trial of an action against a railroad company, for the recovery of damages alleged to have been the result of a personal injury, that the tort was committed in the county where the suit was brought, or that the suit was brought in the county where the principal office of the defendant was located, and that there was no agent of the railroad company in the county where the tort was committed, a judgment of nonsuit will not be disturbed. *Atlantic Coast Line R. Co.* v. *DuPont,* 122 *Ga.* 251.

*Judgment affirmed. All the Justices concur.*

Submitted May 25,—Decided August 8, 1907.

Action for damages. Before Judge Martin. Wilcox superior court. March 24, 1906.

*E. H. Williams,* for plaintiff. *Thomas Eason,* for defendant.